## TURNER v. STEWART TURNER

(Decided May 13, 1930.)

J. B. Snyder and H. H. Fuson for movant.

E. H. Johnson opposed.

PER CURIAM. Judgment for alimony for an amount less than $500. Appeal granted below dismissed, and motion for an appeal denied.

Judgment affirmed.

## LOUISVILLE PROVISION COMPANY v. STEIDEN

(Decided May 16, 1930.)

Woodward, Hamilton & Hobson and W. O. Fields for movant.

Mark Beauchamp opposed.

PER CURIAM. Judgment for $271.10.

Appeal denied. Judgment affirmed.

## SKAGGS v. COMMONWEALTH

(Decided May 16, 1930.)

Boyce Skaggs for movant.

J. W. Cammack, Attorney General, and George H. Mitchell, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 60 days in jail.

Appeal denied. Judgment affirmed.